```
 1  SEYFARTH SHAW LLP
    Dana L. Peterson (SBN 178499)
 2  dpeterson@seyfarth.com
    Pritee K. Thakarsey (SBN 266168)
 3  pthakarsey@seyfarth.com
    560 Mission Street, 31st Floor
 4  San Francisco, California 94105
    Telephone:   (415) 397-2823
 5  Facsimile:   (415) 397-8549

 6  Attorneys for Defendant
    THE INTERPUBLIC GROUP OF COMPANIES, INC.
 7  & DRAFTFCB, INC.
```

FILED
2012 NOV 29 P 3: 50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRENDAN McPHILLIPS, an individual, LEONARD SHARLET, an individual, JOHN BRUSHWOOD, an individual, and EVAN FRANCO, an individual,

    Plaintiffs,

v.

THE INTERPUBLIC GROUP OF COMPANIES, INC., a Delaware Corporation; DRAFTFCB, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,

    Defendants.

Case No. C 12 6063 JSC

DECLARATION OF EILEEN MCCARTHY IN SUPPORT OF DEFENDANTS' PETITION FOR REMOVAL TO UNITED STATES DISTRICT COURT

I, Eileen McCarthy declare:

1. I am employed by Draftfcb, Inc. and my job title is SVP, Director of Human Resources. In my capacity as SVP, Director of Human Resources I have access to and personal knowledge of the matters and information set forth in this declaration and if called upon to testify thereto, could and would accurately do so.

2. Draftfcb, Inc.'s corporate heardquarters and principle place of business is located in New York; however, my territory is limited to the San Francisco and Seattle. In my position, I have access to

1  and can review employee payroll data, corporate governance records, and other business records kept in
2  the normal course of Defendant's business.

3      3.    I have reviewed our payroll records related to Plaintiffs Brendan McPhillips, Leonard
4  Sharlet, John Brushwood, and Evan Franco. Our records reflect that Plaintiffs Brendan McPhillips,
5  Leonard Sharlet, and John Brushwood were employed by Defendants from March 28, 2011 through
6  October 14, 2011, and Plaintiff Leonard Sharlet was employed by Defendants from August 10, 2011
7  through October 14, 2011.

8      4.    Based on my review of Plaintiffs payroll records, Plaintiffs Leonard Sharlet, John
9  Brushwood, and Evan Franco's annual salary for 2011 was $50,000, and Plaintiff Brendan McPhillips'
10 annual salary for 2011 was $45,000.

11     5.    I reviewed documents related to Draftfcb's corporate structure. Through review of
12 information related to Draftfcb's corporate structure, I have confirmed that Draftfcb is incorporated in
13 the state of Delaware and its principal place of business is located in the state of New York. Therefore, I
14 am informed and believe that Draftfcb is a citizen of the states of Delaware and New York.

15 I declare under penalty of perjury under the laws of the State of California that the
16 foregoing is true and correct. Executed this _28_ day of November, 2012 at _1160 Battery St SF_,
17 California.

18
19 *Eileen McCarthy* (signature)
20 Eileen McCarthy

---

2

DECLARATION OF EILEEN MCCARTHY IN SUPPORT OF PETITION FOR REMOVAL

15046391v.1 / 24414-000031