1  SEYFARTH SHAW LLP
   Dana L. Peterson (SBN 178499)
2  dpeterson@seyfarth.com
   Pritee K. Thakarsey (SBN 266168)
3  pthakarsey@seyfarth.com
   560 Mission Street, 31st Floor
4  San Francisco, California  94105
   Telephone:    (415) 397-2823
5  Facsimile:    (415) 397-8549

6  Attorneys for Defendants
   THE INTERPUBLIC GROUP OF COMPANIES, INC.
7  & DRAFTFCB, INC.

8  The deRubertis Law Firm, APC
   David M. deRubertis (SBN 208709)
9  david@drebertislaw.com
   4219 Coldwater Canyon Avenue
10 Studio City, California  91604
   Telephone:    (818) 761-2322
11 Facsimile:    (818) 761-2323

12 Attorneys for Plaintiffs
   BRENDAN McPHILLIPS, LEONARD SHARLET,
13 JOHN BRUSHWOOD, and EVAN FRANCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN McPHILLIPS, an individual, LEONARD SHARLET, an individual, JOHN BRUSHWOOD, an individual, and EVAN FRANCO, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE INTERPUBLIC GROUP OF COMPANIES, INC., a Delaware Corporation; DRAFTFCB, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>    Defendant. | Case No. C 12-06063 JSC<br><br>**JOINT STIPULATION FOR DISMISSAL OF PLAINTIFF'S SEVENTH CAUSE OF ACTION AND [PROPOSED] ORDER** |

It is hereby stipulated by and between Plaintiffs Brendan McPhillips, Leonard Sharlet, John Brushwood, Evan Franco, and Defendant The Interpublic Group of Companies, Inc. and Draftfcb, Inc., through their respective counsel of record, that Plaintiffs' Seventh Cause of Action for penalties pursuant to the Private Attorney General Act be dismissed, WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party will bear its own fees and costs in connection with this action.

**IT IS SO STIPULATED.**

DATED:  May 28, 2014

Respectfully submitted,

SEYFARTH SHAW LLP

BY:     /s/ Dana L. Peterson
Dana L. Peterson
Pritee K. Thakarsey
Attorneys for Defendants
THE INTERPUBLIC GROUP OF
COMPANIES, INC. & DRAFTFCB, INC.

DATED:  May 28, 2014

Respectfully submitted,

THE deRUBERTIS LAW FIRM, APC

BY:     /s/ David M. deRubertis
David M. deRubertis
Attorney for Plaintiffs
BRENDAN McPHILLIPS, LEONARD SHARLET, JOHN BRUSHWOOD, and EVAN FRANCO

**IT IS SO ORDERED.**

DATED:  __05/29__, 2014

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

---

1

JOINT STIPULATION FOR DISMISSAL OF PLAINTIFF'S SEVENTH CAUSE OF ACTION AND [PROPOSED] ORDER / CASE NO. C 12-06063 JSC

16077966v.2